

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00010-CV

| | | |
|---|---|---|
| Carl Chadwick Snell | § | From the 211th District Court |
| | § | of Denton County (14-09634-211) |
| v. | § | June 18, 2015 |
| Patricia L. Paskow | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed as moot.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM